IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEASHAM & KRAMER, LLP,

    Plaintiff,

vs.

STEVEN STEIN,

    Defendant.
_____/

No.  2:13-cv-0658 KJM CKD PS

ORDER

    The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.  All dates set in the above-entitled action before the undersigned are hereby vacated.

Dated: June 11, 2013

                          /s/ Carolyn K. Delaney
                          CAROLYN K. DELANEY
                          UNITED STATES MAGISTRATE JUDGE

1